UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/31/2020

------------------------------------------------------------------X
                                                                  :
AYAYI ADJANGBA and AYI RAYCHARLES                                 :
ADJANGBA,                                                         :
                                                                  :
                              Plaintiffs,                         :          19-cv-1415 (LJL)
                                                                  :
         -v-                                                      :          ORDER
                                                                  :
GLENN HISKO, JR., GLENN HISKO LOWBOY                              :
SERVICE LLC, and CHANTAL GOLI,                                    :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court has been informed that the parties have reached a settlement in principle in this

case.  *See* Dkt. No. 18.  Accordingly, it is hereby ORDERED that this action is DISMISSED

without costs and without prejudice to restoring the action to the Court's calendar, provided the

application to restore the action is made within thirty (30) days of this Order.  Any application to

reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.

Any pending motions are DISMISSED as moot, and all conferences and deadlines are

CANCELLED.


        SO ORDERED.

Dated: March 31, 2020                           _____
        New York, New York                              LEWIS J. LIMAN
                                                    United States District Judge